B8 (Official Form 8)(12/08)

# UNITED STATES BANKRUPTCY COURT
Eastern District of Tennessee

| | | | |
|---|---|---|---|
| In re: | Frank Bandy Howard, IV | Case No. | 1:15-bk-14660-SDR |
| and: | Monica Leigh Howard | | Chapter 7 |

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (*Part A must be fully completed for* **EACH** *debt which is secured by property of the estate. Attach additional pages if necessary.*)

---

Property No.   1

| **Creditor's Name** | **Describe Property Securing Debt:** |
|---|---|
| Credit Control, LLC<br>Account #:   5955 | 2013 Polaris Razor 570 not running |

Property will be *(check one)*:

[X] Surrendered          [ ] Retained

If retaining the property, I intend to *(check at least one)*:

[ ] Redeem the property
[ ] Reaffirm the debt
[ ] Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:

[ ] Claimed as exempt          [X] Not claimed as exempt

---

Property No.   2

| **Creditor's Name** | **Describe Property Securing Debt:** |
|---|---|
| Yamaha Factory Financing<br>Account #:   n/a | 4 Wheeler broken and in pieces |

Property will be *(check one)*:

[X] Surrendered          [ ] Retained

If retaining the property, I intend to *(check at least one)*:

[ ] Redeem the property
[ ] Reaffirm the debt
[ ] Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:

[ ] Claimed as exempt          [X] Not claimed as exempt

**PART B** - Personal property subject to unexpired leases.  *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No.  1 | | |
|---|---|---|
| **Lessor's Name:**<br>Virginia Stansell | **Describe Leased Property:**<br>Lease | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☒ YES    ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date:  **October 23, 2015**            X  /s/ Frank Bandy Howard, IV
                                                              Signature of Debtor

                                                           X  /s/ Monica Leigh Howard
                                                              Signature of Joint Debtor (if any)